# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PAMELA MCMINN,

   Plaintiff,                                             CASE NO.:  8:16-CV-02581-EAK-TGW

-vs-

CAPITAL ONE BANK (USA), N.A.,

   Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Pamela McMinn, and Defendant, Capital One Bank (USA), N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 17th day of February, 2017.

*/s/ Shaughn C. Hill*                            */s/ Joshua H. Threadcraft*
SHAUGHN C. HILL, ESQ.              JOSHUA H. THREADCRAFT, ESQ.
Florida Bar No. 0105998                Bar No.: 96153
MORGAN & MORGAN, P.A.           BURR & FORMAN, LLP
201 N. Franklin Street, 7th Floor        420 N. 20th Street, Suite 3400
Tampa, FL 33602                          Birmingham, AL 35203
Telephone:    (813) 223-5505          Telephone: 205-251-3000
Facsimile:    (813) 223-5402            Facsimile: 205-413-8701
SHill@forthepeople.com                Joshua.Threadcraft@burr.com
*Attorney for Plaintiff*                       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2017, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, with copies sent to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQ.
Florida Bar No. 0105998